ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
SHELLEY L. MURRAY, ESQ.
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants Eldorado Resorts Corporation,
and Michael Marrs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERESA LEIGH BOUCH,<br><br>                     Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, A FLORIDA CORPORATION; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALAGANI; JAMES GRIMES,<br><br>                     Defendants. | Case No.:  2:15-cv-01023-RFB-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 26-4, Plaintiff Teresa Leigh Bouch ("Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado") and Michael Marrs ("Marrs") (collectively "Defendants"), by and through their undersigned counsel, hereby agree to reschedule the Settlement Conference which is currently set for October 12, 2016 and October 13, 2016, at

9:00 a.m. (ECF No. 46.) One of Plaintiff's counsel has a prior commitment on those dates and moving the Settlement Conference would allow him to attend both.

The parties have agreed to the dates of October 19, 2016 and October 21, 2016, which the parties understand, per previous discussions, that the Court is holding. Accordingly, the parties are respectfully requesting that the Settlement Conference be rescheduled to those dates. The date on which the Confidential Settlement Conference statement is due (currently October 5, 2016) will be October 12, 2016.

Dated this 27th day of September, 2016.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Brian S. Letofsky | Jill Garcia |
| 400 S. Fourth Street | Shelley L. Murray |
| Suite 280 | 3800 Howard Hughes Parkway |
| Las Vegas, NV  89101 | Suite 1500 |
| Telephone: 702-385-5191 | Las Vegas, NV  89169 |
| *Attorneys for Plaintiff Teresa Leigh Bouch* | Telephone: 702-369-6800 |
| | *Attorneys for Defendant Eldorado Resorts Corporation and Michael Marrs* |

**ORDER**

IT IS SO ORDERED.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2016

2