ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
SHELLEY L. MURRAY, ESQ.
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation
and Michael Marrs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TERESA LEIGH BOUCH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; AND DOES 1-50, inclusive;<br><br>　　　　　Defendants. | Case No.:  2:15-cv-01023-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND RESPONSES AND REPLIES THERETO**<br><br>**(SECOND REQUEST)** |

　　　　Pursuant to LR IA 6-1, LR IA 6-2, LR 7-1 and LR 26-4, Plaintiff Teresa Leigh Bouch ("Plaintiff") and Defendants Eldorado Resorts Corporation and Michael Marrs (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to this second request for extension of time for the parties to file dispositive motions in this action, along with related responses and replies.  Pursuant to the Court's December 28, 2016, Order to Extend Time

To File Dispositive Motions and Responses and Replies Thereto (ECF No. 61), the current deadline for filing dispositive motions in this case is March 16, 2017, (*see id.* at 2). The parties have completed all discovery in this matter and good cause exists for the proposed extension based upon the following:

As the Court is aware, this case is one of thirty-three related lawsuits sitting before this Court. Recognizing the complexity of litigating these lawsuits simultaneously, the parties agreed to divide the cases into five groups and stagger deadlines in order to streamline the litigation process and avoid overlapping dispositive motion deadlines. Defendants filed Motions for Summary Judgment on September 1, 2016 and September 15, 2016, in Group II cases. Unfortunately, response and reply briefing had been delayed and was not completed until January 30, 2017. Although the parties continue to conduct discovery, it is apparent that the prior delays will make it difficult to comply with the current briefing schedule for the remaining matters. Accordingly, the parties hereby stipulate to adjust the briefing schedule in the manner presented below in an effort to allow the parties an aggressive, yet realistic approach to complete all pre-trial activity in the related actions.

Based upon the foregoing, the parties have agreed that the dispositive motion deadlines should be extended by seven (7) days in the following manner:

- Defendants shall file their dispositive motion no later than **March 23, 2017**;
- Plaintiff shall file any response to Defendants' dispositive motions no later than **April 24, 2017**;
- Defendants shall file their reply no later than **May 24, 2017**.

//

//

//

2

This stipulation is not brought for purposes of delay or any other improper purpose.

Dated this 8th day of February, 2017.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Brian S. Letofsky | Jill Garcia |
| 8215 South Eastern Avenue | Shelley L. Murray |
| Suite 265 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89123 | Suite 1500 |
| Telephone: 702-487-7574 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Teresa Leigh Bouch* | Telephone: 702-369-6800 |
| | *Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

February 10, 2017
_____
DATED

3