Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
eforster@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff Teresa Bouch

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Teresa Bouch<br>                Plaintiff,<br>vs.<br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; and DOES 1-50, inclusive,<br>                Defendants. | Case No.: 2:15-cv-01023-RFB-PAL<br><br>**Joint Stipulation to Extend Time for Filing Pretrial Order** |

Pursuant to LR 6-1, 6-2 and 7-1, Plaintiff Teresa Bouch ("Plaintiff") and Defendant Eldorado Resorts Corporation ("Eldorado"), by and through their undersigned counsel, hereby request that the Pretrial Order Deadlines be extended as follows:

Saeed Azizi (Case No.: 2:15-cv-00755-RFB-PAL), Andrew Moser (Case No.: 2:15-cv-00757-RFB-PAL), Steven Olshansky (Case No.: 2:15-cv-01017-RFB-PAL) and Teresa Bouch (Case No.: 2:15-cv-01023-RFB-PAL) be extended from December 7, 2018 to December 21, 2018;

Gail Barnes (Case No.: 2:15-cv-01026-RFB-PAL), Marcella Parr (Case No.: 2:15-cv-01030-RFB-PAL), Don Parr (Case No.: 2:15-cv-01028-RFB-PAL), Julie Santovito (Case No.: 2:15-cv-01032-RFB-PAL) and Mohammed Ali Sekkat (Case No.: 2:15-cv-01029-RFB-PAL) be extended from December 21, 2018 to January 4, 2019; and

1  Joseph Cardinale (Case No.: 2:15-cv-01492-RFB-PAL), Raymond Coury (Case No.:
2  2:15-cv-01488-RFB-PAL), Ann Hanit Harel (Case No.: 2:15-cv-01497-RFB-PAL), Shan
3  Iannazzo (Case No.: 2:15-cv-01494-RFB-PAL), Paula Newman (Case No.: 2:15-cv-01486-RFB-
4  PAL) and Daniel Prussak (Case No.: 2:15-cv-01496-RFB-PAL) be extended from January 10,
5  2019 to January 18, 2019.

6  The parties seek the additional time to fully complete the Pre-Trial Orders, given the
7  large number of orders being submitted. This request is not for purposes of delay.

8  Dated this 7th day of December, 2018.

WATKINS & LETOFSKY, LLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/* Eran S. Forster

*/s/* Jill Garcia

Daniel R. Watkins
Eran S. Forster
8215 South Eastern Avenue, Suite 265
Las Vegas, NV 89123
Telephone: 702.901-7553
Attorneys for Plaintiff Teresa Bouch

Anthony L. Martin
Jill Garcia
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
702.369.6800
Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs

**IT IS SO ORDERED**

DATED:  December 14, 2018

_____
UNITED STATES DISTRICT JUDGE